■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CRESPO, Also Known as RICHARD GONZALEZ, Appel-lant.—Appeals by the defendant from (1) a judgment of the Supreme Court, Queens County (Leahy, J.), rendered Novem-ber 6, 1981, convicting him of attempted robbery in the second degree under indictment No. 3378/80, and (2) a judgment of the same court (Brennan, J.), rendered May 4, 1982, convict-ing him of robbery in the second degree under indictment No. 1796/81, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defen-dant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v Califor-*

*nia,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Niehoff, Eiber, Sullivan and Harwood, JJ., concur.